# AMENDED COMPLAINT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT of WISCONSIN

U.S. District Court
Wisconsin Eastern

**JAN 16 2026**

FILED
Clerk of Court

ElElyon Syris BirkAli, plaintiff
"Free White Person"

Case No: 15-CV-1636

v.

Matthew Johnston, Denise Ball,
Milwaukee County, and
Trinity Services Group,
Defendant(s)

Affidavit of
Amended Complaint

## I. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28. U.S.C Section 1331 and 1343 (a)(3). Plaintiff Ali claims for injunctive relief are authorized by 28. U.S.C. Sections 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Eastern District of Wisconsin is an appropriate venue under 28. U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## II. Plaintiffs

3. Plaintiff ElElyon Syris BirkAli - Syris Binkley is and was at all times mentioned herein as a pretrial detainee of the Milwaukee County Jail, He is currently confined in Milwaukee County Jail Prisons in

## III. Defendant(s)

4. Defendant Matthew Johnston is a Correctional officer of the Milwaukee County Jail (M.C.J) who, at all times mentioned in this complaint, held the rank of law libary, and Religious food custodian/keeper at the M.C.J

5. Defendant (John & Jane Doe Owners of) Trinity Services Group is a Contracted entity that provides "food services" to the M.C.J in this complaint, Religious, and non-religious food.

6. Defendant "Denita Ball" is sheriff means the person in charge of Jail operations or a designee of the M.C.J in "Milwaukee County" at all times mentioned in this complaint, who contracted with the entity "Trinity Services Group" who denies me my "Kosher Meat", and who empolys Matthew Johnston.

## IV. Facts.

7. At all times relevant to this case, Plaintiff El Elyon Sypis Birkitli a pertrial detainee at the M.C.J, and a memeber of The Moorish zienist Temple, since a child. And I've grown upraizing a traditional kosher-diet.

8. Am a Jewish Men, a Hebeew, a "Ibri" my religious beliefs require me to eat a meal with kosher meat, also on the Sabbath and four Jewish holidays.

9. The Mealess (Policies) that force me to eat vegan meals and nonkosher mix food in a "pouch" on these days substantially burden my sincere religious beliefs. The M.C.J, Johnston, and Trinity have failed to accommodate my beliefs under 1st amendment and R.L.U.I.P.A, also 14th amendment.

pg 2 of 13

10. My religious convictions require me to eat a meal with Kosher ="Kashrus" meat and dairy to Jewish beings on Jewish Sabbath and Jewish hoildays: Rosh Hashanah, Yom Kippur, Sukkot, and Shavuot. Note I am "allergic" to "Milk" and "tomatoes". In Vayikra 11:9, the Torah presents the signs of Kosher animals, birds, fish, also has many other laws that deal with eating, such as not to eat the sinew of the thigh of an animal, not to mix milk and meat, etc. All dietary laws fall in the category of Kashrus means "fit" or "proper."

11. The laws of keeping Kashrus are decrees that God gave to us at Mount Sinai. Our Rabbis have found many reasons for the laws of Kashrus. One of the most famous has become a common saying: "We are what we eat."

12. This adage recognizes that foods affect spiritually of the person who consumes them. Therefore, if something is not Kashrus, it's incompatible with one's soul.

13. I can't as a "Zbri" eat milk and meat together, the "Mystery Meat" that comes in the pouch come red (2), the other(s) brown... they have no "ingredient(s) label" to use make the food, that is contain in the "see through pouch." Am allergic to tomatoes) so I can't eat the red one(s), the other(s) are brown, one (1) say breakfast, the other say Sweet & Sour, theirs another... but I don't know, if it contain(s) milk, mixed and I know the meat is not Kashrus.

14. For no matter how healthy or unhealthy a particular item may be, its Kashrus status represents the Will of G-d.

Case 1:25-cv-01636-BBC    Filed 01/16/26    Page 3 of 13    Document 11

pg 3 of 13

15. Therefore, Kashrus is not a set of laws that can become outdated through sanitation, food inspection or production. Meat, Dairy and Pareve. In general, there are **three** categories of food: meat, dairy and pareve (neither milk nor meat).

16. **Meat**
Any meat or fowl and/or food made with meat or fowl products, like soup or gravy, are freishig (meaty). Similarly, meat ingredients in any product (including liver pills), must meet all requirements for Kosher meat. Among them:

1. The animal must chew its cud and have split hooves.

2. The animal must be slaughtered according to Jewish law by a skilled and carefully trained shochet (ritual slaughterer).

3. The permissible parts of the animal must be salted before cooking. There are many additional laws concerning the Kashrus of the meat I eat.

17. I spoke with johnston in regrad to my diet, and how its not Kosher I ask: Do you know what "animal or ingredients" in that pouch you say is Kosher... He said no, Second question... Do you know if it was slaughtered according to Jewish law, He said no. He couldn't produce any evidence that it was Kosher; even the smallest amount of dairy in food causes the food to become dairy. Therefore, you should not

pg 4 of 13

Case 1:25-cv-01636-BBC    Filed 01/16/26    Page 4 of 13    Document 11

eat or use these food with meat producers, it also refers to milk derivatives, such as sodium caseinate and lactose.

18 Dairy foods require certification verifying that the milk and cheeses:

1. Are from a Kosher animal.

2. Have no meat-fats, or any kind of meat substanances mixed into them.

3. Contain no non-kosher substances.

I ask johnston...do you know if milk is mix with the meat in the pouch you say is Kosher... He says "I don't know", I told him the above. He state, like I said thats what "we" provide as a kosher meal". I told him I can't eat it, it go's against G-d and I can't exercise my religion or worship properly this will cause a substantal burden on my sincere religious beliefs, but to no avail.

9. The M.C.J service me "Eggs" with the pouch, some times, in the morning, All the eggs that M.C.J gives me come with "blood spot" in them there bold/cooked eggs. I told johnston this~ egg must be opened and examined. A blood spot in an egg, whether raw, cooked, or frred renders that egg treife, "unkosher." Each egg should be opend into a glass and examined before being cooked or mixed with other eggs. It should be discorded. I ask johnston do you know if the pouch you said is kosher is mix with egg, and if it was, how ya don't know if it had a blood spot before they Trinity mix with the pg

Case 1:25-cv-01636-BBC   Filed 01/16/26   Page 5 of 13   Document 11

5 of 13

non-kosher meat, he said "I don't know". Now if the head of the Religious and law library don't know, means they don't care, I ask for documentation to find out whats in the pouch, but I get no reply. So to it's "not kosher at all." This is not mere "speculation", "assumption" or "conclusory statements" this are facts.

20. Separating Meat and Dairy
The prohibition against combining meat and dairy foods is mentioned in the Torah, elaborated in the Talmud, and passed down through the generations of the Prophets and Rabbi's. This prohibition applies three different ways. Eating: We must not eat any meat and dairy foods or their derivatives together.

21. Cooking: We must not cook any meat and dairy foods together. The term "cooking" includes baking, frying, roasting, etc

22. What the "District Court" needs to know: According to Jewish Law, only food prepared under Rabbinical supervision can be certified kosher. I ask johnston are the "Mystery Meat pouch" prepared under Rabbinical supervision he said no. I ask him "johnston" did or was it made in prepared by a Jewish Organization he said no, it came from Trinity.

23. Failing to propely celebrate with these food (kosher meat) "diminishes the fullness" and "heartfelt meaning" of everyday living and holiday celebrations.

Case 1:25-cv-01636-BBC    Filed 01/16/26    Page 6 of 13    Document 11

24. Jewish ritual and custom, each Sabbath meal consists of lamb, fish, chicken, or meat as well as "wine (or grape juice) and bread." Code of Jewish Law that says that I "should be lavish with meat, wine, and sweets. See "Orach Chaim sec 250.2", "Code of Jewish law ch. 103 §5"

25. I get none of this, I get a vegan diet, and do not receive any kosher meat at breakfast, lunch, and dinner. I've lost weight, I've grown sick, weak, headaches, fatigue, dizziness, confusion. Am denied adequate nutrition to maintain my health.

26. In my Jewish household, I was raised eating kosher diets included meat, this was everyday, and on religious holidays and that without those foods I "can't fulfill my obligation of being sincere in my religion. (lox on Yom Kippur, and pastrami and salmon on "high holidays"). Under the "Beth B'nai Israel" teachings.

27. The defendant's cant dispute the fact that Jewish dietary laws, "Kashrus," are fundamental to the practice of Judaism as embodied in the Torah and Rabbinic laws. Food that satisfies the rabbinic requirements is deemed "Kosher." Those laws demand that food be stored, prepared, and served in a certain manner, and they exclude certain types of food. For example, pork is non-kosher... The see-through pouch does not have what is in the pouch i.e. "ingredient's", to tell me what the meat is, or is dairy in it, nor do it have a "Certified Kosher" seal on it, nor label of a Jewish organization that prepared it. Meaning it's "not Kashrus"... pork can be in their or and milk mix with any meat, or it can be meat that was or is grafted, meaning (Bio) "not" real meat" at all from a "animal" made by G-d. Or the animal was not killed according to Jewish laws meaning it's "not Kashrus." Fact.

Case 1:25-cv-01626-BBC   Filed 01/16/26   Page 7 of 13   Document 11   pg 7 of 13

28. For that would other wise be Kosher becomes nonkosher if mixed with nonkosher food or brought into contact with utensils that have been used in the preparation of nonkosher food. For that reason, certain types of food must not be served, and a separate set of cookware, utensils, and flatware must generally be used. And the defendant are clearly not following the Code of Jewish Law, and it's intentional and deliberately ~~deliberatily~~ done to injury me, by acting under color of law by stating the see-through pouch is "Kosher" when it's not, fraud. Their's nothing on the pouch to authenticate this, at all.

29. I was born and raised Jewish and has always kept a Kosher household, I have ben lock up in M.C.J for over a year, my religion and diet has stayed the same. The M.C.J has a volunteer (Jewish who see me every week) to study the Torah, Talmud - etc that he brings. He seen the pouch, and said this isn't Kosher," he couldn't tell "what it even was," what meat was in it."

30. The M.C.J has refuse to give me a Torah, I ask Johnston for the Talmud Cailbala, and nothing. This is callous indefference, the mislim get their quran, the christen the bible.

31. I truly believe this is being done do to am "swarthy" "Jew," this is a reckless disregard for my rights.

32. Passover.
On the last passover, the M.C.J follow Jewish customs, I recieve my "certified kosher diet", with certified kosher seals, the Jewish Organization it was perpared by, what it contain written in Herbreu and English. I recieve this tray with kosher meats, breads, fish, chicken, beef, (kosher sealed Grape juice)...etc.

33. "I never got it again." What am expressing is, "The defendant's know exactly what it is, and what it isn't a "pooper Kosher meat" diet. This is intentional, also means, it's in the "buget." Meaning "The pouch Meat" liquid, is not kosher, at all.

34. So what other reason will you deny it to me. Meaning you (defendants) are not denying me the "proper Kosher meat" diet for a penological reason nor to "buget". Cause you have it, in state M.C.J, but refuse to give it to me everyday, on the Sabbath, nor the high and low holidays. Just when it's convenient for M.C.J and Trinity. Fact.

35. The defendants have influence me to act in a way that violates my religious beliefs, They made me choose between, on the one hand, enjoying some generally available, non-trivial benefit, and, on the other hand, following my religious beliefs. "I choose my religion". I AM in the M.C.J custody, meaning they have to accommadate me in regrad to the above, why should I have to stop my tradition, customs, and belief, when the "State and Federal Constitution" states otherwise. Even the M.C.J HandBook, on the first page "Occupant Rights" "freedom of religious affiliation and worship"... this is my "right" govern by the above and G-d that can't be infringed upon.

36. The above should show the Courts, I AM THAT I AM "Ivri", and I really grew up raised Jewish and kept Kosher household. And that "I know", what is, and what isn't Kashrus". Just as Trinity, M.C.J and Johnston c/o, Deniya Ballako. The defendants are intentionally acting under color of law state and Federal. The Defendants give the Muslims their "Ramadon" meals, and their Hala meals everyday, no problem. But when it comes to me I'm treated with total disrespect... this is discrimination. Due to this. Securing my Court.

## V. LEGAL CLAIMS

37. Defendants deliberate indifferents, caus me in injury, mental, physical, spirit was cause detrimental harm, and suffering me everyday, over a year now. This is punitive.

38 Each Defendants knows, that the "Mystery Meat liquid pouch" is not kosher, it has no certifired kosher seals, no Jewish Organization logo, seals on who or how it is perpared, no ingredients posted on it, to show you whoots in it, or what its made of at all. It's mix.

37. Defendants know, what a "proper kosher meal" is, due to they give it to me "only at passover." It has the seals on it, the Jewish Organization it was perpared by, what it contain written in "Herbrew and English"=ingredients. It had fish, chielien, beef, cakes, breads and (Kosher sealed Grape Jucie) from the "Jewish Organization" that perpard it. I recieved this tray for the whole time of passover only. Nothing was mix. Meaning the defendants know what my kosher meals consist of but fail to give it to me. But push the fraud, and act under color of law. To decieve, and deny me my rights, this is intentional.

40. Defendants can't say it's not in the "budget" due to they gave it to me on passover. Can't say penologreal reason, due to you have it, and gave it to me. Meaning their's no other valid reason to deny me my religious diet, nor lie and say the pouch is kosher. This is punitive in nature, in princiable. This is nefarious and placed, purposefully done.

41. When "Passover" came in (went), The defendants "didn't give me that pouch, not once, for breakfest, lunch, or dinner while I celebrated Passover." Meaning "they know that pouch is not kosher at all," no where close. I got Chicken, beef, pastrami, lox, grape juice, everyday tell passover was over.

42. I file grievance to redress the issue, that the defendants are in violation of Plaintiff Ali's rights under the First Amendment, 14th Amendment to the U.S. Constitution. These illegal actions are causing Plaintiff Ali's injury to my First, and 14th amendment.

43. Plaintiff Ali has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff Ali's has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the permanent mandatory injunction relief which Plaintiff seeks.

44. District Court ask yourself this question: "If that pouch with the Mystery Meat in liqiud, was kosher, Why didn't they give it to Him on Passover, which is a Jewish festival holiday, where they eat "kosher meals"?

## C. PRAYER FOR RELIEF

WHEREFORE, Plaintiff's respectfully pray that this court enter judgment;

45. A preliminary and permanent injunction ordering defendants (each) to cease their physical violence on my mind, body, and soul, and religion, and give me my "proper kosher meal" everyday, on sabbath, and pg. 11 of 13

46. Granting Plaintiff Ali compensatory damages in the amount of $800,000.00 against each defendant(s), jointly and severally.

47. Plaintiff seek punitive damages in the amount of $800,000.00 against each defendants, jointly and severally.

48. Plaintiff also seek a jury trial on all issues triable by jury.

49. Plaintiff also seek recovery of their costs in this suit, and

Any additional relief this court deem just, proper, and equitable.

## VERIFICATION

• I have read the foregoing complaint and hereby verify that the matters alleged therein are true, I believe them to be true and a fact. I certify under penalty of perjury that the foregoing is true and correct.

pg 12 of 13

x G1 Elyon Syn's Birk AI
date OCT-2025
Syn's Birkley
Booking # 2024017213

On this date 01/1/2020, I

_____, Public Notary,

My Commission Expires 4-17-27

pg 13 of 13